UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE E. VELTRI, on behalf of herself and all others similarly situated, and THE AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, INC.<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br><br>      Defendant. | Civil Action No. 04-1177<br><br>Judge Joy Flowers Conti<br><br>**Electronic Filing** |

### ORDER OF COURT

AND NOW, this 15th day of July, 2005, upon consideration of, and pursuant to, the foregoing Stipulation of Dismissal With Prejudice, it is hereby ORDERED that Civil Action No. 04-1177 is dismissed in its entirety with prejudice, with each party to bear her and its own costs, expenses, and attorneys' fees.

_____
United States District Judge